1 | SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

2 | BRIAN J. STRETCH (CASBN 163973)
3 | Chief, Criminal Division

4 | ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

5 |
6 | 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7210
7 | Facsimile: (415) 436-7234
Email: robert.rees@usdoj.gov

8 | Attorneys for Applicant
9 |

FILED

SEP 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN THE MATTER OF A
CRIMINAL COMPLAINT

No. 3 05 70202 JCS

UNITED STATES' MOTION TO
UNSEAL AND DISMISS CRIMINAL
COMPLAINT AND [PROPOSED]
ORDER

The United States hereby moves the Court for an order unsealing this motion, along with the Criminal Complaint, the Affidavit attached thereto, and the Sealing Order in the above-captioned case until further order of the Court, as the defendant involved in the case has now been arrested. Further, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned complaint and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: September 19, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

ROBERT DAVID REES
Assistant United States Attorney

No. 3 05 70202 JCS

## ORDER

Based upon the motion of the United States and for good cause shown, IT IS HEREBY ORDERED that the United States' motion, the Criminal Complaint and attached Affidavit, and this Sealing Order shall be unsealed until further order of the Court.

IT IS FURTHER ORDERED that leave is granted to the United States to dismiss the complaint in case number 3 05 70202 JCS. It is further ordered that the arrest warrant issued in connection with that complaint is quashed..

DATED: September 20, 2007

HON. JOSEPH C. SPERO
United States Magistrate Judge

Elizabeth D. Laporte
United States Magistrate Judge

No. 3 05 70202 JCS                          2

# COVER SHEET
# CRIMINAL MONTH REQUESTS

Date: September 20, 2007

Is this a San Francisco or Oakland case: SF

Case name and number: IN RE: CRIMINAL COMPLAINT (CHAVEZ UFAP)
3 05 70202 JCS

**NOTE: IF YOU DO NOT HAVE A CASE NUMBER, GO IMMEDIATELY TO THE CLERK'S OFFICE TO OBTAIN ONE BEFORE PRESENTING YOUR DOCUMENTS.**

Documents presented: MOTION TO UNSEAL AND DISMISS CRIMINAL COMPLAINT

Your name: R. D. Rees

Your phone number (ext. **and** mobile phone): x7210   308 7993

Name of AUSA: R. D. Rees

AUSA's phone number: 436-7210

Is AUSA available today? Yes  If not, who is AUSA on duty? LAUREL BEELER

**If requesting a search warrant**: When do you intend to execute: N/A

**If requesting any other document or order**: When, specifically, do you need to have it signed, and **if you need it today, why it is urgent**: ANYTIME (Low priority)

NOTES:   called 9/21   called 9/25

Time In: 1:50  A.M./P.M.             Time Out: _____ A.M./P.M.